JOHN W. BARWELL, INCORPORATED, complainant-appellant,

*v.*

C. WALLACE VAIL, receiver, &c., defendant-respondent.

[Submitted May 27th, 1932. Decided October 17th, 1932.]

*Messrs. Pitney, Hardin & Skinner,* for the appellant.

*Mr. George B. Bailey,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.